UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. CANNAVAN,<br>Plaintiff,<br>v.<br>NEWSOM, *et al.*,<br>Defendants. | No. 1:26-cv-06033-KES-BAM (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION AS DUPLICATIVE<br>Doc. 11 |

Plaintiff Patrick A. Cannavan is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Doc. 1.

On September 17, 2026, the assigned magistrate judge screened the complaint and issued findings and recommendations that this action be dismissed as duplicative of *Cannavan v. Newsom, et al.*, Case No. 1:26-cv-05670-FJS (PC) ("*Cannavan I*"). Doc. 11. The Court served the findings and recommendations on plaintiff and informed him that any objections were due within 14 days. *Id.* Plaintiff filed objections on September 17, 2026, and on September 28, 2026. Docs. 12, 13. Plaintiff's objections fail to show why this action is not duplicative of *Cannavan I*.

In accordance with 28 U.S.C. § 636(b)(1), this court reviewed this matter de novo. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

The Court ORDERS:

1. The findings and recommendations issued on September 17, 2026 (Doc. 11) are ADOPTED in full.
2. This action is DISMISSED as duplicative.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 11, 2026

UNITED STATES DISTRICT JUDGE